# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**SARAH RAYNOR,**
*Plaintiff*

V.    **SUMMONS IN A CIVIL CASE**

**VERIZON WIRELESS (VAW), LLC,**
*Defendant*

CASE NUMBER: **3−15−CV−05914−FLW−DEA**

TO: *(Name and address of Defendant):*

```
Verizon Wireless (VAW), LLC, d/b/a Verizon WIreless
1 Verizon Way
Basking Ridge, NJ 07920
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:   Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Karen McGonigle**
(By) DEPUTY CLERK



**ISSUED ON 2015−08−03 09:52:42**, Clerk
USDC NJD

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 3:15-CV-05914-FLW-DEA

Plaintiff:
**SARAH RAYNOR,**

vs.

Defendant:
**VERIZON WIRELESS (VAW), LLC**

Received by KIMMEL & SILVERMAN P.C. on the **8th day of August, 2015** at **12:44 pm** to be served on **VERIZON WIRELESS (VAW) LLC D/B/A VERIZON WIRELESS, 1 VERIZON WAY, BASKING RIDGE, NJ 07920.**

I, JOHN TRUPPO, being duly sworn, depose and say that on the **12th day of August, 2015 at 10:35 am**, I:

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS & COMPLAINT AND JURY DEMAND** with the date and hour endorsed thereon by me to LINDA J. WATSON as Records Custodian.

**Military Status:** BASED UPON INQUIRY OF PARTY SERVED, DEFENDANT IS NOT IN THE MILITARY SERVICES OF THE UNITED STATES.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: WHITE, Height: 5'5, Weight: 125, Hair: BLONDE, Glasses: N

I, the undersigned, certify that I am over the age of 18, being a competent adult without any direct interest in this litigation and being a process server in good standing.

Subscribed and Sworn to before me on the 13th day of August, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

HOWARD APPEL
Notary Public
State of New Jersey
My Commission Expires Sep. 25, 2017

JOHN TRUPPO
Process Server

KIMMEL & SILVERMAN P.C.
30 East Butler Pike
Ambler, PA 19002
(800) 668-3247

Our Job Serial Number: SBS-2015000415

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m