# Sedgwick LLP

October 29, 2015

*Via ECF*

Hon. Freda L. Wolfson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 5E
Trenton, New Jersey 08608

Re: Raynor v. Verizon Wireless (VAW), LLC, d/b/a Verizon Wireless
    Case No. 3:15-cv-05914-FLW-DEA

Dear Judge Wolfson:

    Our firm represents the defendant, Verizon Wireless, in the above matter. Currently pending before Your Honor is our Motion to Dismiss the Complaint and Compel Arbitration. On October 28, 2015, at approximately 2:58 p.m., we filed our Reply Brief in further support of the Motion; however, we mistakenly filed the wrong version of our brief as Document #13 on the court's ECF docket. Shortly thereafter, upon realizing our error, we filed the correct version of the Reply Brief at 5:43 p.m. as Document #14 on the docket.

    In order to avoid any confusion, we respectfully request that Your Honor rely on Document #14 as the operative Reply and order Document #13 removed from the docket. Both briefs were filed within the applicable deadlines, and this request is made with the consent of plaintiff's counsel, Amy Ginsburg. I am enclosing a proposed order in the event our request is granted. Thank you for your time and consideration.

Respectfully submitted,

Robert D. Towey
Partner
Sedgwick LLP

Enclosure

cc: Amy L. Ginsburg, Esq.

20478101v1